FEARS *v.* FEARS.

CANDLER, J. The verdict rendered was not objectionable for indefiniteness; the evidence, while conflicting, was sufficient to warrant the jury in finding for the plaintiff; and it does not appear that the court, for any reason assigned, erred in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent,*

Argued November 19,—Decided December 12, 1902.

Equitable petition. Before Judge Reagan. Butts superior court. March 31, 1902.

*Ray & Ray*, for plaintiff in error.
*C. L. Redman* and *Y. A. Wright*, contra.